# SUPREME JUDICIAL COURT

FOR THE

COUNTIES OF PLYMOUTH, BARNSTABLE, BRISTOL
AND DUKES-COUNTY, OCTOBER TERM 1825,
AT PLYMOUTH.

PRESENT:

Hon. ISAAC PARKER, Chief Justice,
Hon. SAMUEL PUTNAM, ⎰ Justices.
Hon. SAMUEL S. WILDE, ⎱

---

## Chloe Daggett, Petitioner &c.

Petition by prochein ami of an infant feme covert for the sale of real estate granted, and the proceeds ordered to be secured for her benefit.

*Warren* presented the petition of Chloe Daggett as *next friend* of Chloe Carpenter, her daughter, a married woman under twenty-one years of age, for the sale of real estate belonging to the minor, representing that it would be for her benefit that the estate should be sold and the proceeds applied to her use. He stated, that the mother had been guardian of record, but he presumed the guardianship was terminated by the marriage, and that the husband would give a release to the purchaser. The *Court (Parker C. J.* and *Wilde J.* alone

being present) granted the petition, observing that the pro
ceeds must be secured for the benefit of the wife.[1]